IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE COCA-COLA COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE O-COMPANY N.V.,<br><br>Defendant.<br><br>THE O-COMPANY N.V., a Netherlands corporation,<br><br>Counterclaimant,<br><br>v.<br><br>THE COCA-COLA COMPANY, a Delaware corporation,<br><br>Counterclaim-Defendant. | Case No. 3:08-CV-0745<br><br>Chief Judge Campbell<br>Magistrate Judge Griffin |

## PLAINTIFF THE COCA-COLA COMPANY'S
## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff The Coca-Cola Company ("TCCC"), by and through counsel, and pursuant to the Court's Administrative Practices and Procedures for Electronic Filing, respectfully moves this Court for an Order granting leave to file under seal TCCC's Motion to Compel Production of Documents and Responses to Requests for Admission and supporting Declaration of Robert N. Phillips and attached exhibits. As set out in the Practices and Procedures for Electronic Filing, the proposed sealed motion, declaration, and exhibits are being filed with the Court immediately after the filing of this Motion.

WHEREFORE, TCCC respectfully requests that the Court enter an Order permitting it to file under seal its Motion to Compel Production of Documents and Responses to Requests for Admission and supporting Declaration of Robert N. Phillips and attached exhibits.

Dated: April 15, 2009

/s/ Robert N. Phillips
Robert N. Phillips
(*pro hac vice* motion granted)
Seth B. Herring
(*pro hac vice* motion pending)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105-2708
Tel.:   (415) 848-4900
Fax:   (415) 848-4999
phillipsr@howrey.com

Robb S. Harvey (BPR No. 011519)
Richard G. Sanders, Jr. (BPR No. 023875)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 32719-8699
Tel.:   (615) 244-6380
Fax:   (615) 244-6804
Walter.Crouch@wallerlaw.com
Robb.Harvey@wallerlaw.com

***Attorneys for Plaintiff and Counterclaim-Defendant THE COCA-COLA COMPANY***

## CERTIFICATE OF SERVICE

       I hereby certify that on April 15, 2009, a true and correct copy of the foregoing was filed electronically by the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                              */s/ Robert N. Phillips*
                                              Robert N. Phillips