IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE COCA-COLA COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>THE O-COMPANY N.V.,<br><br>    Defendant. | Case No. 3:08-CV-0745<br><br>Chief Judge Campbell<br>Magistrate Judge Griffin |
| THE O-COMPANY N.V., a Netherlands corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>THE COCA-COLA COMPANY, a Delaware corporation,<br><br>    Counterclaim-Defendant. | |

## PROPOSED ORDER GRANTING PLAINTIFF THE COCA-COLA COMPANY'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff The Coca-Cola Company's Motion for Leave to File Documents under Seal is hereby GRANTED. Plaintiff may file under seal its Motion to Compel Production of Documents and Responses to Requests for Admission and supporting Declaration of Robert N. Phillips and attached exhibits.

Dated: April ___, 2009

_____
JUDGE OF THE DISTRICT COURT