IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE COCA-COLA COMPANY, , a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE O-COMPANY N.V., a Netherlands corporation,<br><br>Defendant. | Case No. 3:08-CV-0745<br><br>Chief Judge Campbell<br>Magistrate Judge Griffin |
| THE O-COMPANY N.V., a Netherlands corporation,<br><br>Counterclaimant,<br><br>v.<br><br>THE COCA-COLA COMPANY, a Delaware corporation,<br><br>Counterclaim-Defendant. | |

LOCAL RULE 7.01(3) **SUPPLEMENTAL** APPENDIX OF DECISIONS IN SUPPORT OF PLAINTIFF THE COCA-COLA COMPANY'S OPPOSITION TO THE O-COMPANY'S MOTION TO AMEND ANSWER AND COUNTERCLAIM

Pursuant to Local Rule 7.01(e), Plaintiff The Coca-Cola Company ("TCCC") hereby submits the following supplemental appendix of treatise sections cited in TCCC's Opposition to Defendant The O-Company's Motion to Amend Answer and Counterclaim.

J. Thomas McCarthy, 3 *McCarthy on Trademarks and Unfair Competition* § 29:1; and

J. Thomas McCarthy, 3 *McCarthy on Trademarks and Unfair Competition* § 29:2.

Dated: May 29, 2009

*/s/ Robert N. Phillips*
Robert N. Phillips
(*pro hac vice* motion granted)
Seth Herring

(*pro hac vice* motion granted)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105-2708
Tel.: (415) 848-4900
Fax: (415) 848-4999
phillipsr@howrey.com
herrings@howrey.com

Robb S. Harvey (BPR No. 011519)
Richard G. Sanders, Jr. (BPR No. 023875)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 32719-8699
Tel.: (615) 244-6380
Fax: (615) 244-6804
Walter.Crouch@wallerlaw.com
Robb.Harvey@wallerlaw.com

***Attorneys for Plaintiff and Counterclaim-Defendant THE COCA-COLA COMPANY***

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record, via the Court's Electronic Filing System, this 29th day of May, 2009. The parties may access the aforementioned filing through the Court's electronic filing system.

Stephen J. Zralek
John P. Branham
Lane Summers Moorman
BONE McALLESTER NORTON PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
Telephone: 615-238-6300
szralek@bonelaw.com
jbranham@bonelaw.com
lmoorman@bonelaw.com

Attorneys for Defendant/Counterclaimant
THE O-COMPANY N.V.

*/s/ Robert N. Phillips*
Robert N. Phillips