IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE COCA-COLA COMPANY, a Delaware corporation,<br><br>       Plaintiff,<br><br>v.<br><br>THE O-COMPANY N.V., a Netherlands corporation,<br><br>       Defendant. | Case No. 3:08-CV-0745<br><br>Chief Judge Campbell<br>Magistrate Judge Griffin |
| THE O-COMPANY N.V., a Netherlands corporation,<br><br>       Counterclaimant,<br><br>v.<br><br>THE COCA-COLA COMPANY, a Delaware corporation,<br><br>       Counterclaim-Defendant. | |

## PLAINTIFF THE COCA-COLA COMPANY'S
## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff The Coca-Cola Company ("TCCC"), by and through counsel, and pursuant to the Court's Administrative Practices and Procedures for Electronic Filing, respectfully moves this Court for an Order granting leave to file under seal TCCC's Motion for Summary Judgment, Statement of Facts in Support of its Motion for Summary Judgment, and exhibits 16-19, 21, and 24-32 attached to the Declaration of Robert N. Phillips, exhibits 24-26 attached to the supporting declaration of Julie Hamilton, and exhibits A and B attached to the supporting declaration of Javier Rodriguez Merino. As set out in the Practices and Procedures for Electronic Filing, the

proposed sealed motion, statement of facts, and exhibits are being filed with the Court immediately after the filing of this Motion.

    WHEREFORE, TCCC respectfully requests that the Court enter an Order permitting it to file under seal its Motion for Summary Judgment, Statement of Facts in Support of its Motion for Summary Judgment, and the above referenced exhibits attached to the declarations of Robert N. Phillips, Julie Hamilton, and Javier Rodriguez Merino.

Dated: June 30, 2009

    */s/ Robert N. Phillips*
Robert N. Phillips
(*pro hac vice* motion granted)
Seth B. Herring
(*pro hac vice* motion granted)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105-2708
Tel.:    (415) 848-4900
Fax:    (415) 848-4999
phillipsr@howrey.com

Robb S. Harvey (BPR No. 011519)
Richard G. Sanders, Jr. (BPR No. 023875)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 32719-8699
Tel.:    (615) 244-6380
Fax:    (615) 244-6804
Walter.Crouch@wallerlaw.com
Robb.Harvey@wallerlaw.com

***Attorneys for Plaintiff and Counterclaim-Defendant THE COCA-COLA COMPANY***

-2-
Case 3:08-cv-00745   Document 125   Filed 06/30/09   Page 2 of 3 PageID #: 1698
DM_US:22227210_1

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon the following counsel of record, via the Court's Electronic Filing System, this 30 day of June, 2009. The parties may access the aforementioned filing through the Court's electronic filing system.

| | |
|---|---|
| John F. Triggs<br>Ryan D. Levy<br>Waddey & Patterson<br>1600 Division Street, Suite 500<br>Nashville, TN 37203<br>Telephone: (615) 242-2400<br>Facsimile: (615) 242-2221<br>jft@iplawgroup.com<br>rdl@iplawgroup.com | Attorneys for Defendant,<br>Counterclaimant<br>THE O-COMPANY N.V.<br>*[Local Counsel]* |
| Mark L. Hogge<br>Shailendra K. Maheshwari<br>Greenberg & Traurig LLP<br>2101 "L" N.W., Street, Suite 1000<br>Washington D.C. 20037<br>hoggem@gtlaw.com<br>maheshwaris@gtlaw.com | Attorneys for Defendant and<br>Counterclaimant<br>THE O-COMPANY N.V. |

    */s/ Robert N. Phillips*
    Robert N. Phillips