IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE COCA-COLA COMPANY, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE O-COMPANY N.V., a Netherlands Corporation,<br><br>　　　　Defendant. | Case No. 3:08-CV-0745<br><br>Chief Judge Campbell<br><br>Magistrate Judge Griffin |
| THE O-COMPANY N.V., a Netherlands corporation,<br><br>　　　　Counterclaimant,<br><br>v.<br><br>THE COCA-COLA COMPANY, a Delaware corporation,<br><br>　　　　Counterclaim-Defendant. | |

**PROPOSED ORDER GRANTING PLAINTIFF THE COCA-COLA COMPANY'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff The Coca-Cola Company's Motion for Leave to File Documents under Seal is hereby GRANTED. Plaintiff may file under seal its Motion for Summary Judgment, Statement of Facts in Support of its Motion for Summary Judgment, exhibits 16-19, 21, and 24-32 attached to the Declaration of Robert N. Phillips, exhibits 24-26 attached to the supporting declaration of Julie Hamilton, and exhibits A and B attached to the supporting declaration of Javier Rodriguez Merino.

Dated: July ___, 2009

_____
JUDGE OF THE DISTRICT COURT