IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THE COCA-COLA COMPANY )
) No. 3-08-0745
v. )
)
THE O-COMPANY N.V.[1] )

O R D E R

The plaintiff's motion for leave to file documents under seal (Docket Entry No. 125) is GRANTED.

The Clerk shall maintain the following filings UNDER SEAL: (1) the plaintiff's motion for summary judgment (Docket Entry No. 126);[2] (2) the plaintiff's Local Rule 56.01(b) statement (Docket Entry No. 127);[3] (3) Exhibits 16-19, 21, and 24-32 (Docket Entry Nos. 133-146) to the declaration of Robert N. Phillips;[4] (4) exhibits 24-26 (Docket Entry Nos. 130-24 through 130-26) to the declaration of Julie Hamilton;[5] and (5) exhibits A and B (Docket Entry Nos. 129-1 and 129-2) to the declaration of Javier Rodriguez Merino.[6]

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation filed September 19, 2008, and order entered September 24, 2008 (Docket Entry No. 25), defendant OGO USA LLC was dismissed without prejudice.

[2] The plaintiff filed a redacted motion for summary judgment (Docket Entry No. 147). Only small portions of the sealed motion were redacted.

[3] The plaintiff filed a redacted Local Rule 56.01(b) statement (Docket Entry No. 132). Only one small portion of the sealed statement was redacted.

[4] The declaration itself and exhibits 1-15, 20, 22-23, and 33-36 (Docket Entry Nos. 128, 128-1 through 128-15, 128-20, and 128-24 through 128-36) shall remain unsealed.

[5] The declaration itself and exhibits 1-23, and 27 (Docket Entry Nos. 130, 130-1 through 130-23, and 130-27) shall remain unsealed.

[6] The declaration itself and exhibit C (Docket Entry Nos. 129 and 129-3) shall remain unsealed.