IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THE COCA-COLA COMPANY )
) No. 3-08-0745
v. )
)
THE O-COMPANY N.V.[1] )

O R D E R

On January 4, 2010, former counsel for the defendant filed a Release of Attorneys' Lien (Docket Entry No. 170).

As a result, the motion to enforce attorney's lien (Docket Entry No. 162) is DENIED as moot.

On August 28, 2009 (Docket Entry No. 168), the parties filed a stipulation of dismissal (Docket Entry No. 168).

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED with prejudice and the Clerk is directed to close this case on the records of the Court.[2]

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation filed September 19, 2008, and order entered September 24, 2008 (Docket Entry No. 25), defendant OGO USA LLC was dismissed without prejudice.

[2] By order entered March 18, 2009 (Docket Entry No. 56), the pretrial conference and trial were scheduled on February 1, 2010, and February 2, 2010, respectively.